**EXHIBIT B**
**Time Summary**

| Date | Time | Description | PROFESSIONAL |
|---|---|---|---|
|  |  | Filing Fee & Credit Report | Atty |
| 9/18/2024 | 1 | Meet with client. Prepare emergencyt petition. | Atty |
| 9/19/2024 | 0.8 | File Emergency Petition, Prepare and file Suggestion of Bankruptcy. | Atty |
| 9/21/2024 | 0.1 | Download and review Order for schecdules. Calendar due date. | Atty |
| 9/27/2024 | 0.1 | Download and review Request for Nortices filed by U.S. Bank Trust | Atty |
| 10/3/2024 | 0.3 | Prepare and filed Motion to Extend. | Atty |
| 10/17/2024 | 3.2 | Prepare and field balance of schedules and Chapter 13 Plan. | Atty |
| 10/30/2024 | 0.1 | Download and review Notice of MOC. Calendar Dates. | Atty |
| 11/25/2024 | 0.2 | Telephone call ot client re: Documants due. No answer. | Atty |
| 12/4/2024 | 0.1 | Download and review Request fo r Notices filed by Denise Carlon on behalf of U.S. Bank Trust Company. | Atty |
| 12/10/2024 | 0.2 | Downloand and review MFR Filed by U.S. BANK Trust Company. Call to client Re: Same. No answer. | Atty |
| 12/10/2024 | 0.1 | Down;oad and review Trustee MTD. | Atty |
| 12/23/2024 | 0.6 | Prepare and file response to MFR filed by U.S. Bank. | Atty |
| 1/8/2025 | 0.3 | Email to opposing counsel re: Request for contiunance of MFR. | Atty |

**EXHIBIT B**
**Time Summary**

| Date | Time | Description | PROFESSIONAL |
|---|---|---|---|
| 1/21/2025 | 0.2 | Emial consult with opposing counsel re: Contnuance of MFR | Atty |
| 1/24/2025 | 0.1 | Telephone consult with trustee re: Dismissal.  No defense. | Atty |

Total for Period   7.40