*Form 242* (3/23)–doc 35 – 33, 34

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Brian Jay Baum ) Case No. 24–13346–pmm
     )
     )
    Debtor(s). ) Chapter: 13
     )
     )

## NOTICE OF INACCURATE FILING

Re: Doc.# [33] Application for Compensation, [34] Notice of Motion

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other: **NO APPLICATION ATTACHED TO #33 AND NO NOTICE ATTACHED TO #34**

In order for this matter to proceed, please submit the above noted correction on or before February 12, 2025, otherwise, the matter will be referred to the Court.

Date: January 29, 2025

For The Court

Timothy B. McGrath
Clerk of Court