**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Brian Jay Baum,** | : | Case No. 24-13346 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER TO SHOW CAUSE WHY APPLICATION SHOULD NOT BE DENIED AND FEES DISGORGED

**AND NOW**, upon consideration of the Application for Compensation (doc. #37, the "Application") filed in the above-captioned bankruptcy by counsel for the Debtor, Anthony Frigo, Esq.;

AND this bankruptcy having been dismissed (prior to confirmation) on January 23, 2025;

AND the Application seeking compensation in the amount of $4,500.00;

AND the Application, as well as counsel's 2016(b) disclosure, stating that the Debtor paid counsel $2,500.00 prior to the filing;

AND the time sheets offered in support of the Application show that a total of 7.4 hours of work was performed by counsel;

AND that work would amount, at most, to a fee of $2,220.00 (at counsel's rate of $300.00 per hour);

AND, therefore, the Application and supporting documents indicate that counsel has already received payment in excess of what is owed;

It is therefore hereby **ORDERED**, that Debtor's Counsel **SHALL APPEAR** for a hearing on **Wednesday, April 16, 2025 at 1:00 p.m. in the United States Bankruptcy Court, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why:

1) The Application should not be **denied**; and

2) Counsel should not **disgorge** the over-payment of $280.00 to the Debtor.

**Date:  4/3/25**

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE