United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13346-pmm |
| Brian Jay Baum | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 04, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

**Recip ID          Recipient Name and Address**
db                 + Brian Jay Baum, 1831 Creek Rd., Glenmoore, PA 19343-1609

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2025                      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Brian Jay Baum anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust Company  National Association not in its individual capacity but solely as Indenture Trustee of CIM Trust 2022-R2 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Brian Jay Baum, | : | Case No. 24-13346 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER TO SHOW CAUSE WHY APPLICATION SHOULD NOT BE DENIED AND FEES DISGORGED

**AND NOW**, upon consideration of the Application for Compensation (doc. #37, the "Application") filed in the above-captioned bankruptcy by counsel for the Debtor, Anthony Frigo, Esq.;

AND this bankruptcy having been dismissed (prior to confirmation) on January 23, 2025;

AND the Application seeking compensation in the amount of $4,500.00;

AND the Application, as well as counsel's 2016(b) disclosure, stating that the Debtor paid counsel $2,500.00 prior to the filing;

AND the time sheets offered in support of the Application show that a total of 7.4 hours of work was performed by counsel;

AND that work would amount, at most, to a fee of $2,220.00 (at counsel's rate of $300.00 per hour);

AND, therefore, the Application and supporting documents indicate that counsel has already received payment in excess of what is owed;

It is therefore hereby **ORDERED**, that Debtor's Counsel **SHALL APPEAR** for a hearing on **Wednesday, April 16, 2025 at 1:00 p.m. in the United States Bankruptcy Court, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why:

1) The Application should not be **denied**; and

2) Counsel should not **disgorge** the over-payment of $280.00 to the Debtor.

**Date:  4/3/25**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**