**EXHIBIT B**
**Time Summary**

| Date | Time | Description | PROFESSIONAL |
|---|---|---|---|
| | | Filing Fee & Credit Report | Atty |
| 9/18/2024 | 1 | Meet with client. Prepare emergency petition. | Atty |
| 9/19/2024 | 0.8 | File Emergency Petition, Prepare and file Suggestion of Bankruptcy. | Atty |
| 9/21/2024 | 0.1 | Download and review Order for schedules. Calendar due date. | Atty |
| 9/27/2024 | 0.1 | Download and review Request for Notices filed by U.S. Bank Trust | Atty |
| 10/3/2024 | 0.3 | Prepare and filed Motion to Extend. | Atty |
| 10/7/2024 | 0.4 | Download and review Order for Schedules. Calendar Due Date. Telephone consult with client Re: Documents necessary to complete schedules. | Atty |
| 10/15/2024 | 1.5 | Telephone consult with client re; Schedules. Begin preparation of schedules with client via telephone. | Atty |
| 10/17/2024 | 3.2 | Prepare and file balance of schedules and Chapter 13 Plan. | Atty |
| 10/30/2024 | 0.1 | Download and review Notice of MOC. Calendar Dates. | Atty |
| 11/25/2024 | 0.3 | Telephone call to client re: Documents due. No answer. Left Message, Email client re: Same. | Atty |
| 11/28/2024 | 0.4 | Telephone Call to client Re: documents necessary for MOC. Left messaage. Email Client Re: Same. | Atty |

**EXHIBIT B**
**Time Summary**

| Date | Time | Description | PROFESSIONAL |
|---|---|---|---|
| 12/4/2024 | 0.1 | Download and review Request for Notices filed by Denise Carlon on behalf of U.S. Bank Trust Company. | Atty |
| 12/10/2024 | 0.4 | Download and review MFR Filed by U.S. Bank Trust Company. Call to client Re: Same. No answer. Left message. | Atty |
| 12/10/2024 | 0.1 | Download and review Trustee MTD. | Atty |
| 12/23/2024 | 0.6 | Prepare and file response to MFR filed by U.S. Bank. | Atty |
| 1/3/2025 | 0.3 | Review Email from Opposing Counsel Re; settlement of MFR. Telephone call to Client re: same. Left message. | Atty |
| 1/8/2025 | 0.2 | Review email from opposing counsel Re: Settlement Offer. Respond to same. Telephone call to client re: same. Left message. | Atty |
| 1/8/2025 | 0.3 | Email to opposing counsel re: Request for continuance of MFR. | Atty |
| 1/13/2025 | 0.2 | Review Email form Opposing Counsel. Respond - no contact from Client. Telephone client, no answer. Left Message for return call. | Atty |
| 1/16/2025 | 0.2 | Review Email form Opposing Counsel. Respond - no contact from Client. Telephone client, no answer. Left Message for return call. | Atty |
| 1/20/2025 | 0.2 | Review Email form Opposing Counsel. Respond - no contact from Client. Telephone client, no answer. Left Message for return call. | Atty |

**EXHIBIT B**
**Time Summary**

| Date | Time | Description | PROFESSIONAL |
|---|---|---|---|
| 1/21/2025 | 0.2 | Email consult with opposing counsel re: Contnuance of MFR | Atty |
| 1/24/2025 | 0.1 | Telephone consult with trustee re: Dismissal. No defense. | Atty |

Total for Period   11.10